**No. 39233.**—Protest 252499–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39234.**—Protest 360481–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39235.**—Protests 319023–G, etc., of A. Smith Co. et al (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39236.**—Protests 326952–G, etc., of J. E. Bernard & Co., Inc., et al. (New York).

Opinion by TILSON, J.   Veils in part of lace, braid, or trimmings similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430.   Braids, hoods, and other articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

**No. 39237.**—Petition 5584–R of Scharf Bros. Co., Inc. (New York).

Opinion by TILSON, J.   It appeared that the advance in value which resulted in the additional duties being assessed was principally occasioned by the addition by the appraiser of a 25 percent luxury tax.   On the record it was found there was no intention on the part of petitioned to defraud the revenue or to conceal or misrepresent the facts in the case.   The petition was therefore granted.

**No. 39238.**—Petitions 5541–R, etc., of Raphael R. Davila (New York).

Opinion by TILSON, J.   It was found that the weight of evidence failed to show the good faith of the importer.   The petitions were therefore denied.